IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CIVIL ACTION NOS. 17-CV-5849
JUSTIN FORD, : 18-CV-2169
Plaintiff. :
:

**ORDER**

AND NOW, this 8th day of June, 2018, upon consideration of Plaintiff Justin Ford's *pro se* filings in these matters, it is **ORDERED** that:

1. Mr. Ford's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his Complaint (ECF No. 2) in Civil Action Number 18-2169 are **DENIED** and **DISMISSED without prejudice** to the Court's consideration of Ford's filings in Civil Action Number 17-5849.

2. Leave to proceed *in forma pauperis* is **GRANTED** in Civil Action Number 17-5849.

3. Justin Ford, #D51823, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Mr. Ford, an initial partial filing fee of $6.17 is assessed. The Warden or other appropriate official at the Wakulla Correctional Institution or at any other prison at which Mr. Ford may be incarcerated is directed to deduct $6.17 from Mr. Ford's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 17-5849. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Wakulla Correctional Institution or at any other prison at which Mr. Ford may be incarcerated, shall deduct from Mr. Ford's account, each time that his inmate trust fund account exceeds $10.00, an amount no

greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 17-5849.

4. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of the Wakulla Correctional Institution in Crawford, Florida.

5. The Clerk of Court is directed to **AMEND** the caption to reflect that the Defendants in this matter are: (1) Commonwealth of Pennsylvania; (2) Northampton County Police; and (3) Det. Matthew J. Lohenitz.

6. The Second Amended Complaint in Civil Action Number 17-5849 (ECF No. 8), which was docketed as a First Amended Complaint, is **DISMISSED with prejudice** as time-barred, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) in accordance with the Court's Memorandum. Mr. Ford is not given leave to file a Third Amended Complaint in this case.

7. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.